AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

N.W.B.,

         Plaintiff

V.

EAST ORANGE BOARD OF EDUCATION,

         Defendant

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 10-4158(WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

    ☒ The clerk is directed to file the complaint, and

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _19_ day of _Aug._, 2010



Signature of Judicial Officer

William J. Martini, U.S.D.J.
Name and title of Judicial Officer